Danial D. Pharris
Paul J. Spadafora
LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC
601 UNION ST. STE. 2600
SEATTLE, WA 98101
206-624-1230

JUDGE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIE ZHU, individually,

Plaintiff,

vs.

SHU-MEI WANG and BEIJING MEN, as individuals, wife and husband, and the marital community composed thereof; JAMES THORPE and KIMBERLY THORPE, as individuals, husband and wife, and the marital community composed thereof, SETH HECK and JANE DOE HECK, as individuals, husband and wife, and the marital community composed thereof; NORTHLAKE CAPITAL and DEVELOPMENT, LLC, a Washington limited liability company; 183ʳᴰ SHORELINE APARTMENTS, LLC, a Washington limited liability company; 5326 ROOSEVELT WAY, LLC, a Washington limited liability company; and 4206 7TH AVE, LLC, a Washington limited liability company,

Defendants.

NO. 2:23-cv-01395-JCC

ACCEPTANCE OF SERVICE

ACCEPTANCE OF SERVICE - 1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am the attorney of record for the Defendants, JAMES THORPE and KIMBERLY THORPE, as individuals, husband and wife, and the marital community composed thereof, SETH HECK and JANE DOE HECK, as individuals, husband and wife, and the marital community composed thereof; NORTHLAKE CAPITAL and DEVELOPMENT, LLC, a Washington limited liability company; 183RD SHORELINE APARTMENTS, LLC, a Washington limited liability company; 5326 ROOSEVELT WAY, LLC, a Washington limited liability company; and 4206 7TH AVE, LLC, a Washington limited liability company, I am authorized to and hereby accept service of Summons, Complaint, and Order Setting Case Schedule in the above-entitled matter on the date indicated below on behalf of the named Defendants as stated herein.

Signed on this 15th day of September, 2023 Seattle, Washington.

        LASHER HOLZAPFEL
        SPERRY EBBERSON PLLC

        By:_____
        Danial D. Pharris, WSBA No. 13617
        Paul J. Spadafora, WSBA No. 49777
        Attorneys for Defendants
        pharris@lasher.com
        spadafora@lasher.com
        2600 TWO UNION SQUARE
        601 UNION STREET
        SEATTLE WA 98101-4000
        TELEPHONE 206 624-1230
        Fax 206 340-2563

ACCEPTANCE OF SERVICE - 2



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I served via email a true and accurate copy of the document to which this declaration is affixed to the following:

**Counsel for Plaintiff**:

Daniel J. Frohlich, WSBA #31437
DICKSON FROHLICH
PHILLIPS BURGESS, PLLC
2101 4th Avenue, Suite 700
Seattle, WA 98121
dfrohlich@dfpblaw.com

**DATED** this 15th day of September, 2023.

       */s/ Danial D. Pharris*
       Danial D. Pharris, attorney

ACCEPTANCE OF SERVICE - 3

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563