Danial D. Pharris
Paul J. Spadafora
LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC
601 UNION ST. STE. 2600
SEATTLE, WA 98101
206-624-1230

Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU,<br><br>Plaintiff,<br><br>v.<br><br>SHU-MEI WANG and BEIJING MEN, as individuals, wife and husband, and the marital community composed thereof; JAMES THORPE and KIMBERLY THORPE, as individuals, husband and wife, and the marital community composed thereof, SETH HECK and JANE DOE HECK, as individuals, husband and wife, and the marital community composed thereof; NORTHLAKE CAPITAL and DEVELOPMENT, LLC, a Washington limited liability company; 183RD SHORELINE APARTMENTS, LLC, a Washington limited liability company; 5326 ROOSEVELT WAY, LLC, a Washington limited liability company; and 4206 7TH AVE, LLC, a Washington limited liability company,<br><br>Defendants. | NO. 2:23-cv-01395-JCC<br><br>CORPORATE DISCLOSURE |

CORPORATE DISCLOSURE - 1

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Northlake Capital and Development, LLC, 183rd Shoreline Apartments, LLC, 5326 Roosevelt, Way, LLC and 4206 7th Ave, LLC certify the following:

Northlake Capital and Development, LLC has no corporate parent. The corporate parent of 183rd Shoreline Apartments, LLC, 5326 Roosevelt, Way, LLC and 4206 7th Ave, LLC is Northlake Capital and Development, LLC. Therefore, pursuant to Rule 7.1, none of the entity defendants are owned in whole or in part by a publicly held corporation.

Dated this 5th day of October, 2023.

           LASHER HOLZAPFEL
           SPERRY EBBERSON PLLC

            /s/ Danial D. Pharris
           Danial D. Pharris, WSBA No. 13617
           Paul J. Spadafora, WSBA No. 49777
           Attorneys for Defendants
           pharris@lasher.com
           spadafora@lasher.com



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I served via ECF a true and accurate copy of the document to which this declaration is affixed to the following:

**Counsel for Plaintiff**:

Daniel J. Frohlich, WSBA #31437
DICKSON FROHLICH
PHILLIPS BURGESS, PLLC
2101 4th Avenue, Suite 700
Seattle, WA 98121
dfrohlich@dfpblaw.com

**Counsel for Defendants Shu-Mei Wang and Beijing Man**

David R. Ebel, WSBA #28853
Karleen J. Scharer, WSBA #48101
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711
Facsimile: 206-292-0460
debel@schwabe.com
kscharer@schwabe.com

**DATED** this 5th day of October, 2023.

      */s/ Danial D. Pharris*
      Danial D. Pharris, attorney

CORPORATE DISCLOSURE - 3

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563