THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZHIJIE ZHU, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SHU-MEI WANG and BEIJING MEN, as individuals, wife and husband, and the marital community composed thereof; JAMES THORPE and KIMBERLY THORPE, as individuals, husband and wife, and the marital community composed thereof, SETH HECK and JANE DOE HECK, as individuals, husband and wife, and the marital community composed thereof; NORTHLAKE CAPITAL and DEVELOPMENT, LLC, a Washington limited liability company; 183RD SHORELINE APARTMENTS, LLC, a Washington limited liability company; 5326 ROOSEVELT WAY, LLC, a Washington limited liability company; and 4206 7TH AVE, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01395-JCC<br><br>JOINT STATUS REPORT OF THE PARTIES' COUNSEL |

COMES NOW the undersigned counsel on behalf of the parties and hereby submit the following Joint Status Report and Discovery Plan, pursuant to the Court's Minute Order entered on September 20, 2023 (Dkt. No. 6). The parties provide as follows:

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 1 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH
PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300

1.     **A statement of the nature and complexity of the case.**

1. Nature and Complexity of the Case

This civil action involves the Plaintiff's allegation that the Defendants breached various Promissory Notes, and made misrepresentations to induce the Plaintiff to enter into those Promissory Notes. Defendants generally deny these claims. At its core, this is a breach of contract matter, that is not particularly complex, but for the number of parties.

2. Proposed Deadline for Joining Additional Parties

March 1, 2024.

3. Consent to Assignment to United States Magistrate Judge

No.

4. Discovery Plan

(A) *Initial Disclosures*: The parties agree to an extended deadline of November 13, 2023.

(B) *Subjects, Timing, and Potential Phasing of Discovery:* The parties anticipate taking discovery, including depositions, interrogatories, and requests for production concerning the loans from Bank of America.

- The parties do not believe that there is a need for separate phases of discovery.
- The parties respectfully submit that discovery should be complete by January 21, 2025.

(C) *Electronically Stored Information:* The parties do not anticipate any issues about disclosure. At this time, because this case is at the onset of discovery, the parties do

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 2 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH
PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300

not anticipate complex issues of ESI. However, as discovery progresses, this may change.

(D) *Privilege Issues:* The parties do not anticipate employing confidentiality or protective orders. When appropriate, the parties will claim the attorney-client privilege and other applicable privileges, and maintain and produce a contemporaneous privilege log.

(E) *Proposed Limitations on Discovery*: No changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure.

(F) *Need for any Discovery Related Orders:* The parties do not require any other orders under Rule 26(c) or 16(b) at this time.

5. Topics set forth in Local Civil Rule 26(f)(1)

(A) *Prompt Case Resolution*: The parties plan on promptly engaging in discovery. The parties further agree to stipulate to as many facts as possible.

(B) *Alternative Dispute Resolution:* After the commencement of discovery, the parties are amenable to engaging in ADR or a settlement conference, and at that time will schedule the same.

(C) *Related Cases:* There are no related cases.

(D) *Discovery Management:* The parties plan on promptly engaging in discovery. The parties agree to attempt to resolve discovery disputes informally before contacting the Court.

(E) *Anticipated Discovery Sought:* Both parties anticipates taking discovery on the circumstances leading to the loans from Plaintiff and any repayment on said loans. Discovery will likely consist of propounding written discovery and taking

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 3 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH**
**PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300

depositions, although the parties reserve the right to conduct additional discovery thereafter based upon what is learned through initial discovery.

(F) *Phasing Motions:* The parties do not believe phasing motions is necessary in this case.

(G) *Preservation of Discoverable Information:* At this time, the undersigned counsel do not anticipate any issues related to preservation of discoverable information.

(H) *Privilege Issues:* The parties agree to handle inadvertent disclosures of privileged or protected information as set forth in Fed. R. Evid. 502(b)(3) and Fed. R. Civ. P. 26(b)(5)(B).

(I) *Model Protocol for Discovery of ESI*: At this time, the undersigned counsel do not anticipate the need to adopt the Court's Model ESI Agreement.

(J) *Alternatives to Model Protocol:* Not applicable.

6. The date by which discovery can be completed

Fact Discovery completed by: November 15, 2024.

Expert Reports Due: December 2, 2024.

Rebuttal Expert Reports Due: December 20, 2024.

Expert Depositions completed by: January 21, 2025.

Discovery Cut-off: January 21, 2025.

7. Bifurcation

The parties agree that the case should not be bifurcated.

8. Pretrial Statements and Pretrial Order

The parties agree that the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should not be dispensed with.

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 4 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH**
**PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300

9. <u>Other Suggestions for Shortening or Simplifying the Case</u>

None at this time.

10. <u>The date the case will be ready for trial</u>

Week of March 3, 2025.

11. <u>Whether the Trial will be Jury or Non-Jury</u>

The parties agree to extend the deadline to request a jury trial until March 1, 2024, to continue discussion regarding whether a jury should hear this case.

12. <u>Number of Trial Days Required</u>

Seven (7) days. The parties further note that they agree to stipulate to as many facts as possible for trial purposes also.

13. <u>The names, addresses, and telephone numbers of all trial counsel</u>

*For Plaintiff Zhu:*
**Daniel J. Frohlich**
DICKSON FROHLICH PHILLIPS BURGESS, PLLC
1200 East D Street
Tacoma, WA 98421
Telephone: 253-572-1000
Email: dfrohlich@dfpblaw.com

*For Defendants James Thorpe, Kimberly Thorpe, Seth Heck, Northlake Capital and Development, LLC, 183rd Shoreline Apartments, LLC, 5326 Roosevelt Way, LLC and 4206 7th Ave LLC:*
**Danial D. Pharris**
LASHER HOLZAPFEL SPERRY EBBERSON PLLC
2600 Two Union Square
601 Union Street
Seattle, WA 98101
Telephone:
Email: pharris@lasher.com

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 5 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300

*For Defendants Shu-Mei Wang
and Beijing Men:*
**David R. Ebel**
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711
Email: debel@schwabe.com

14. <u>Dates on which the trial counsel may have complications in setting a trial date</u>

Counsel with school age children may have issue with mid-winter break.

15. <u>Issues Regarding Service of Process</u>

All named defendants in this case have been served.

16. <u>Scheduling Conference</u>

The parties provide that a scheduling conference before the Court enters a scheduling order is not needed in this case.

17. <u>Disclosure Statement by Nongovernmental Corporate Parties</u>

Defendants Northlake Capital and Development, LLC, 183rd Shoreline Apartments, LLC, 5326 Roosevelt Way, LLC, and 4206 7th Ave LLC, filed a Corporate Disclosure Statement on October 5, 2023. Dkt. No. 8.

Respectfully submitted on 18th day of December 2023.

| DATED this 18th day of December 2023. | DATED this 18th day of December 2023. |
|---|---|
| DICKSON FROHLICH PHILLIPS BURGESS, PLLC. | SCHWABE, WILLIAMSON & WYATT, P.C. |
| By: /s/ Daniel J. Frohlich<br>DANIEL J. FROHLICH, WSBA #31437<br>Attorney for Plaintiff Zhu | By: /s/ David R. Ebel<br>David R. Ebel, WSBA #28853<br>Karleen J. Scharer, WSBA #48101<br>Attorneys for Defendants Shu-Mei Wang and Beijing Men |

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 6 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH
PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300

DATED this 18th day of December 2023.

LASHER HOLZAPFEL
SPERRY EBBERSON PLLC

By: /s/ Danial D. Pharris
Danial D. Pharris, WSBA # 13617
Paul J. Spadafora, WSBA # 49777
Attorneys for Defendants James Thorpe, Kimberly Thorpe, Seth Heck, Northlake Capital and Development, LLC, 183rd Shoreline Apartments, LLC, 5326 Roosevelt Way, LLC and 4206 7th Ave LLC

JOINT STATUS REPORT OF THE PARTIES' COUNSEL
Page 7 of 7
2:23-cv-01395-JCC

**DICKSON FROHLICH**
**PHILLIPS BURGESS, PLLC**
1200 EAST D STREET
TACOMA, WASHINGTON 98421
(253) 572-1000 - FACSIMILE (253) 572-1300