THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, | CASE NO. C23-1395-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHU-MEI WANG, et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Counsel Danial D Pharris and Paul J Spadafora's motion to withdraw as attorneys to multiple Defendants (Dkt. No. 12). Pursuant to LCR 83.2(b)(6), Counsel seeking to withdraw representation from business entities, excepts sole proprietorships, must certify to the Court that they have *advised* all such business entities that they are required by law to be represented by an attorney admitted to practice before this Court and that failure to obtain replacement counsel by the date that the withdrawal is effective may result in dismissal of any of the business entities' claims and/or entry of default against them. The Court has not received any such certification.

Counsel are thus INSTRUCTED to file the required certification under LCR 83.2(b)(6) within seven days of this minute order.

MINUTE ORDER
C23-1395-JCC
PAGE - 1

DATED this 4th day of April 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C23-1395-JCC
PAGE - 2