THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIE ZHU,

        Plaintiff,

   v.

SHU-MEI WANG, *et al.*,

        Defendants.

CASE NO. C23-1395-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Attorneys David R. Ebel and Karleen Scharer's motion to withdraw as counsel for Defendants Shu-Mei Wang and Beijing Men (Dkt. No. 24). LCR 83.2(b)(1) states "if a withdrawal will leave a party unrepresented, the motion must include the party's address and telephone number and must be served on the client and opposing counsel." Counsel has provided Defendants' address, but not their telephone numbers. If counsel intends to withdraw, they must comply with the local rules to do so. Counsel is INSTRUCTED to submit an amended declaration that includes their clients' phone numbers within seven (7) days of this order.

//

//

MINUTE ORDER
C23-1395-JCC
PAGE - 1

DATED this 5th day of July 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

MINUTE ORDER
C23-1395-JCC
PAGE - 2