THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, | CASE NO. C23-1395-JCC |
| Plaintiff, | ORDER |
| v. | |
| SHU-MEI WANG, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Attorneys David R. Ebel and Karleen Scharer's motion to withdraw as counsel for Defendants Beijing Men and Shu-Mei Wang (Dkt. No. 24). Having thoroughly considered the briefing and relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

An attorney may not withdraw an appearance in any case without leave of the court. LCR 83.2(b)(1). And to the extent leave is given, ordinarily, it must be no less than sixty days prior to the discovery cut-off. *Id.* However, the Court retains discretion to allow withdrawal at any time. *See, e.g.*, *Putz v. Golden*, 2012 WL 13019202, slip op. at 3 (W.D. Wash. 2012).

When evaluating a motion to withdraw, courts may consider a variety of factors, including: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Russell v. Samec*, 2021 WL

ORDER
C23-1395-JCC
PAGE - 1

3130053, slip op. at 1 (W.D. Wash. 2021) (internal citations omitted). To ensure compliance with client confidentiality, a "lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient." RPC 1.16 cmt. 3. If a withdrawal will leave a party unrepresented, the motion must include the party's address and telephone number and must be served on the client and opposing counsel. LCR 83.2(b)(1).

Here, counsel seeks to withdraw due to professional considerations. (Dkt. No. 24 at 3.) Counsel has complied with the requirements of the local rules and notified their clients of their intent to withdraw. (Dkt. No. 28 at 3.) The case is set for trial in March 2025, with discovery due by November 4, 2024. (Dkt. No. 10.) As a result, the Court finds that a withdrawal at this time will not adversely impact the parties or the administration of justice.

Accordingly, the Court GRANTS Mr. Ebel and Ms. Scharer's motion to withdraw (Dkt. No. 24). The Clerk is DIRECTED to mail a copy of this order to Defendants Shu-Mei Wang and Beijing Men, at 1633 185th Avenue NE, Bellevue, WA, 98008.

DATED this 10th day of July 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE