THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, | CASE NO. C23-1395-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHU-MEI WANG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In order to accommodate the Court's calendar, trial in this matter is CONTINUED to 9 a.m. on **November 17, 2025**, and several pre-trial deadlines are RESET as follows:

| Event | Date/Deadline |
|---|---|
| Motions *in Limine*[1] | November 7, 2025 |

---

[1] Motions *in limine* shall be presented in a joint brief in accordance with the Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures.

MINUTE ORDER
C23-1395-JCC
PAGE - 1

| Pretrial Order[2] | November 7, 2025 |
| Trial Briefs | November 13, 2025 |

DATED this 26th day of February 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

---

[2] The submissions should comply with the local rules, including LCRs 16.1. To the extent those rules conflict with this Court's trial procedures, *available at* https://www.wawd.uscourts. gov/judges/coughenour-procedures, the latter control.