THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, <br><br> Plaintiff, <br><br> v. <br><br> SHU-MEI WANG, *et al.*, <br><br> Defendants. | CASE NO. C23-1395-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion to continue trial and for leave to amend the complaint (Dkt. No. 54).

Plaintiff alleges Defendants Shu-Mei Wang, Jim Thorpe, and Seth Heck organized a Ponzi scheme involving myriad persons and entities to defraud Plaintiff of $1,130,000. (*See generally* Dkt. No. 1.) With the assistance of counsel, Plaintiff filed his complaint in King County Superior Court. (Dkt. No. 1-1.) Defendants removed the matter to this Court, (Dkt. No. 1), who set a case management schedule reflecting a November 2024 discovery cut off, December 2024 dispositive motion deadline, and March 2025 trial date. (Dkt. No. 10.) The Court later continued trial to November 17, 2025. (Dkt. No. 41.) This change had no impact on the now-closed discovery and dispositive motion deadlines. Ultimately, no such motions were filed.

In the interim, many of the parties' representatives withdrew, resulting in *pro se* status for Plaintiff, along with several Defendants. (*See* Dkt. Nos. 22, 29, 51.)

Now, as trial approaches, Plaintiff asks (a) for leave to amend the complaint to add defendants who "participa[ted] in the fraudulent scheme" and (b) to extend the case management schedule for additional discovery not previously available due to the "sophisticated nature of [Defendants] concealment" of the fraud at issue in this matter (Dkt. No. 54 at 3–4.) Defendants largely oppose, citing this protracted litigation's burden. (*See generally* Dkt. Nos. 55, 56, 60.)

Nevertheless, the Court finds it appropriate to re-open discovery in this matter and to extend the case management schedule, *see, e.g.*, *City of Pomona v. SQM N. Am. Corp.*, 866 F.3d 1060, 1066 (9th Cir. 2017), as well as to provide Plaintiff leave to file an amended complaint, *see, e.g.*, *Kroessler v. CVS Health Corp.*, 977 F.3d 803, 814–15 (9th Cir. 2020). Accordingly, the Court establishes the following ***revised*** case management schedule:

| Event | Date/Deadline |
| --- | --- |
| Deadline for Filing Amended Complaint[1] | October 3, 2025 |
| Deadline to Serve Additional Defendants | October 17, 2025 |
| Discovery Cutoff | December 19, 2025 |
| Deadline for Dispositive Motions[2] | January 16, 2026 |
| Mediation | January 30, 2026 |
| Pretrial Order and Motions *in Limine* | April 10, 2026 |
| Trial Briefs | April 17, 2026 |
| Bench Trial | April 27, 2026 |

---

[1] Permissible amendment is limited to the additional claims and defendants described in Plaintiff's instant motion. (*See* Dkt. No. 54 at 9–12.)

[2] The Court ***strongly*** encourages the parties to submit dispositive motions to limit the genuine issues of fact for trial, thus preserving judicial resources.

It is so ORDERED this 16th day of September 2025.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE