THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIE ZHU, *et al.*,

Plaintiffs,

v.

SHU-MEI WANG, *et al.*,

Defendants.

CASE NO. C23-1395-JCC

ORDER

This matter comes before the Court on Plaintiffs' unopposed motion to seal (Dkt. No. 217). Plaintiffs ask to seal an exhibit (Dkt. No. 208-21) to their response to Defendant Shu-Mei Wang's motion for summary judgment containing personal identifying information.

While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). The information at issue here meets this standard and, thus, should be sealed.

It is not lost on the Court that Plaintiffs' inadvertent disclosure can largely be attributed to their practice (throughout this litigation) of submitting unnecessarily voluminous exhibits in

ORDER
C23-1395-JCC
PAGE - 1

support of their briefing but completely lacking directed citations (to the exhibit pages) within the briefing. The Court will not consider such uncited exhibits. *See* LCR 10(e)(6) (directing movants to include pincites to relevant pages in the record).[1] Thus, they serve no legal purpose yet their submission adds to the chances of inadvertent disclosure of confidential information. The Court strongly urges Plaintiffs to be more judicious with record submissions going forward.

For all these reasons, the motion to seal (Dkt. No. 217) is GRANTED. The Court DIRECTS the Clerk to seal Docket Number 208-21 and to associate Docket Number 217-4 (Plaintiffs' exhibit to the instant motion redacting the information at issue) with the now-sealed document.

It is so ORDERED this 11th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] *See also Carmen v. San Francisco Unified Sch. Dist.*, 237 F.3d 1026, 1031 (9th Cir. 2001) ("The district court need not examine the entire file for evidence establishing a genuine issue of fact, where the evidence is not set forth in the opposing papers with adequate references so that it could conveniently be found."); *Jaurequi v. Carter Mfg. Co., Inc.*, 173 F.3d 1076, 1085 (8th Cir. 1999) ("a district court is not obligated to wade through and search the entire record for some specific facts which might support the nonmoving party's claim.").

ORDER
C23-1395-JCC
PAGE - 2