THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIE ZHU, *et al.*,

               Plaintiffs,

     v.

SHU-MEI WANG, *et al.*,

               Defendants.

CASE NO. C23-1395-JCC

ORDER

This matter comes before the Court on Plaintiff Yating Wang's motion to compel proper service (Dkt. No. 211) and her notice (Dkt. No. 212) regarding a response to Defendant Shu-Mei Wang's motion for summary judgment (Dkt. No. 184)

To summarize, Plaintiffs, a married couple, reside in China and bring this case *pro se*. But only Plaintiff Zhijie Zhu has registered to receive electronic service. (*See* Dkt. Nos. 72, 75.) As such, Plaintiff Yating Wang insists that service of filing(s) on her (even though she is married to Plaintiff Zhijie Zhu) be done by mail in China. (*See, e.g.*, Dkt. Nos. 115, 118, 153, 155, 163.) In general, the service rules allow for service of filings by various means, including by mail to the person's last known address or through the Court's electronic filing system to registered users (without limitation) or through other electronic means if the recipient consents. Fed. R. Civ. P 5(b)(2).

From this, Plaintiffs infer that, by withholding Plaintiff Yating Wang's consent, they can

ORDER
C23-1395-JCC
PAGE - 1

collectively avoid or delay service of their opponent's filings through the Court's electronic filing system. (*See generally* 153, 155.) The Court will not countenance this manipulation of its rules. *See* LCR 5(d); *see also De Freitas v. Hertz Corp.*, 720 F. Supp. 3d 993, 1011 (D. Nev. 2024) (only requiring consent for service by electronic means other than the court's electronic filing system); *Loredo v. Barnhart*, 210 F. App'x 417, 418 (5th Cir. 2006) (same). Plaintiff Zhijie Zhi is a registered user of the Court's electronic filing system and has already shown, throughout this litigation, that he has advised Plaintiff Yating Wang of filings in this matter. And because Plaintiffs now appear to be manipulating Plaintiff Yating Wang's failure to register for electronic access to their benefit, **the Court deems all filings made by their opponents through the Court's electronic filing system as properly served on both Plaintiffs**.

Thus, the motion to compel service by mail (Dkt. No. 211) is DENIED, thereby mooting their notice (Dkt. No. 212) regarding their response to Defendant Shu-Mei Wang's motion for summary judgment (Dkt. No. 184). The Clerk is DIRECTED to cease serving Plaintiff Yating Wang by mail. Service through the Court's electronic filing system will suffice.

It is so ORDERED this 11th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-1395-JCC
PAGE - 2