THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIE ZHU, *et al.*,

                    Plaintiffs,

          v.

SHU-MEI WANG, *et al.*,

                    Defendants.

CASE NO. C23-1395-JCC

ORDER

This matter comes before the Court on Plaintiffs' unopposed motion to compel discovery from Defendant James W. Thorpe (Dkt. No. 201). In it, Plaintiffs seek Mr. Thorpe's responses to their interrogatories, requests for production, and requests for admission. (*Id.* at 1.)

In this instance, it appears Plaintiffs properly served their discovery requests on Mr. Thorpe. (*See* Dkt. No. 201-4.) Yet they say that they have received no response. If requested discovery is withheld inappropriately or goes unanswered, the requesting party may move to compel. *See* Fed. R. Civ. P. 37(a)(1). The Court has broad discretion to decide whether to grant such a motion. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). As a starting point, the Court notes that Mr. Thorpe also failed to timely respond to the instant motion. Thus, the Court deems this as a concession that Plaintiff's motion has merit. LCR 7(b)(2). Accordingly, the Court ORDERS Mr. Thorpe to respond the interrogatories and

ORDER
C23-1395-JCC
PAGE - 1

requests for production (Dkt. No. 201-7 at 4–16, 30–39)[1] within 21 days of today. If Mr. Thorpe fails to do so, Plaintiffs may move to enforce this order and/or for sanctions. *See* Fed. R. Civ. P. 37(b).

Plaintiffs also seek expenses for bringing their motion, in accordance with Rule 37(a)(5)(A). Because Mr. Thorpe failed to respond to Plaintiffs' motion, he provides the Court without no basis to deny this request. Thus, the Court also ORDERS Mr. Thorpe to pay Plaintiffs' reasonable expenses in bringing this motion. Plaintiffs may submit an accounting for the Court to assess reasonableness. Although Plaintiffs should bear in mind that, as *pro se* litigants, they are not entitled to attorney fees (or compensation for the time spent in preparing their motion). *See, e.g.*, *Pickholtz v. Rainbow Techs., Inc.*, 284 F.3d 1365, 1375 (Fed. Cir. 2002).

It is so ORDERED this 17th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] As to the requests for admission (Dkt. No. 201-7 at 18–28), by failing to respond, those admissions are deemed made. *See* Fed. R. Civ. P. 36(a). No action is needed from the Court on this issue.

ORDER
C23-1395-JCC
PAGE - 2