THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIJIE ZHU, *et al.*,

Plaintiffs,

v.

SHU-MEI WANG, *et al.*,

Defendants.

CASE NO. C23-1395-JCC

ORDER

This matter comes before the Court on Plaintiffs' motion for alternative service as to Defendant Alivia Sandquist (Dkt. No. 251). In that motion, Plaintiffs ask the Court to (a) extend the Rule 4(m) service deadline, (b) authorize service on Ms. Sandquist by e-mail, and (c) award Rule 4(d)(2) costs as to this defendant. (*Id.* at 1–10.) The Court GRANTS the motion in part as explained herein.

A plaintiff may, among other methods, serve an individual defendant by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). In Washington, alternative service is allowed on that individual in certain instances but never by e-mail. *Morris v. Est. of Morris*, 35 Wash. App. 2d 1097 (Wash. Ct. App. 2025); *see also* RCW 4.28.080, .100; Wash. State Court Civil Rule 4(d). So if personal service and service by mail has

ORDER
C23-1395-JCC
PAGE - 1

proven ineffective, service by publication is then authorized (specifically when a defendant "keeps himself or herself concealed" within the state "to avoid the service of a summons"). RCW 4.28.100(2); *see Boes v. Bisiar*, 94 P.3d 975, 978 (Wash. Ct. App. 2004). By virtue of their most recent filing, Plaintiffs demonstrate diligent efforts to serve Ms. Sandquist who appears to be attempting to evade service of process. (*See* Dkt. No. 251-1, 251-5, 251-6, 251-8, 251-9, 251-10, 251-11.) Thus, service by publication is authorized here.

Accordingly, the Court GRANTS Plaintiffs' motion (Dkt. No. 251) in part. They may serve Ms. Sandquist by publication in accordance with RCW 4.28.110. The Court EXTENDS the Rule 4(m) time for service as to Ms. Sandquist by 90 days from the date of this order. Finally, the Court awards Plaintiffs $411.40 in Rule 4(d)(2) costs incurred to date in attempting to serve Ms. Sandquist. That amount is payable immediately. In hopes of informing her this amount is owed, Plaintiffs are DIRECTED to send a copy of this order to Ms. Sandquist by e-mail, at all of her known e-mail addresses.

DATED this 18th day of March 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-1395-JCC
PAGE - 2