THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, *et al.*, | CASE NO. C23-1395-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHU-MEI WANG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 265). In it, they seek reconsideration of the Court's order (Dkt. No. 263) denying their earlier motion for leave to further amend their complaint (Dkt. No. 246). Plaintiffs fail to establish that the Court committed manifest error in its prior ruling or new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion for reconsideration (Dkt. No. 265) is DENIED.

DATED this 22nd day of April 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1395-JCC
PAGE - 1