THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, *et al.*, | CASE NO. C23-1395-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHU-MEI WANG, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 275). In it, they seek reconsideration of the Court's order (Dkt. No. 272) addressing outstanding motions in this matter (Dkt. Nos. 184, 195, 220, 238, 239, 243, 248). Plaintiffs motion for reconsider fails to establish that the Court committed manifest error in its ruling or that new material and relevant facts or legal authority could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion for reconsideration (Dkt. No. 275) is DENIED.

Nevertheless, the Court clarifies that its order (Dkt. No. 275) has no impact on Plaintiffs' claims outstanding against any non-moving defendant, including Alivia Sandquist and the

MINUTE ORDER
C23-1395-JCC
PAGE - 1

limited liability company signatories to the agreements purportedly signed by Defendant James Thorpe, for which Plaintiff Zhijie Zhu was a counterparty.

So DATED this 18th day of May 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1395-JCC
PAGE - 2