THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU and YATING WANG, | **Case No. 2:23-cv-01395-JCC** |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE AS TO THIRD-PARTY SUBPOENAS** |
| v. | |
| JAMES W. THORPE, KIMBERLY THORPE, SHU MEI WANG, et al., | NOTE ON MOTION CALENDAR: [**July 7, 2026**] |
| Defendants. | |

THIS MATTER came before the Court on Plaintiff Zhijie Zhu's Motion to Extend Discovery Deadline as to Third-Party Subpoenas (KeyBank N.A. and Salil Jain) (**Dkt 298**). The Court, having reviewed the Motion, the Declaration of Zhijie Zhu and exhibits thereto, and the records and files herein, and finding good cause, hereby ORDERS:

1. The Motion is GRANTED.

2. The discovery deadline is extended, solely as to compliance with the subpoena issued to KeyBank National Association, through July 24, 2026.

3. The discovery deadline is extended, solely as to compliance with the subpoena

issued to Salil Jain, through thirty (30) days after the resolution of any motion to compel directed to that subpoena.

4.  This Order does not extend the discovery deadline for any other purpose, and does not affect the dispositive motion deadline or the trial date.

**IT IS SO ORDERED.**

DATED this 8th day of July 2026.

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT JUDGE