THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES THORPE, *et al.*,<br><br>Defendants. | CASE NO. C23-1395-JCC<br><br>ORDER |

This matter comes before the Court on Defendants James and Kimberley Thorpe's motion for summary judgment (Dkt. No. 309). Plaintiffs ask, pursuant to Federal Rule of Civil Procedure 56(d),[1] to defer consideration of the motion pending Defendants' supplemental discovery, (*See* Dkt. Nos. 312, 312-1), including production (amongst other things) of their complete payment history, which the Court previously ordered, (*see* Dkt. No. 311). Plaintiffs have demonstrated this history is necessary to fully address Defendants' motion. Thus, their Rule

---

[1] Rule 56(d) provides "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order." Fed. R. Civ. P. 56. The requesting party "must show (1) that they have set forth in affidavit form the specific facts that they hope to elicit from further discovery, (2) that the facts sought exist, and (3) that these sought-after facts are 'essential' to resist the summary judgment motion." *State of Cal., on Behalf of California Dep't of Toxic Substances Control v. Campbell*, 138 F.3d 772, 779 (9th Cir. 1998).

56(d) request is GRANTED and Defendants' motion (Dkt. No. 309) is DENIED without prejudice.

It is so ORDERED this 3rd day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE