**THE HONORABLE JOHN C. COUGHENOUR**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ZHIJIE ZHU and YATING WANG,<br>Plaintiffs,<br>v.<br>SHU-MEI WANG, et al.,<br>Defendants. | Case No. 2:23-cv-01395-JCC<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE ACCOUNTING OUT OF TIME AND AWARDING REASONABLE EXPENSES UNDER FED. R. CIV. P. 37(a)(5)(A)** |

This matter comes before the Court on Plaintiffs' Accounting of Reasonable Expenses under Federal Rule of Civil Procedure 37(a)(5)(A) (**Dkt 314**), lodged pursuant to the Court's Order of August 5, 2026 (Dkt. No. 311), and on Plaintiffs' Motion for Leave to File that Accounting Out of Time under Federal Rule of Civil Procedure 6(b)(1)(B). Having considered the accounting, the motion, the supporting declaration, and the record, the Court ORDERS as follows:

1. Plaintiffs' Motion for Leave to File Out of Time is GRANTED. The Court finds that Plaintiffs' failure to lodge the accounting within fourteen days of the August 5, 2026 Order was the result of excusable neglect within the meaning of Rule 6(b)(1)(B), and that Defendants are not prejudiced by the delay. The accounting is deemed timely filed.

2. Plaintiffs are AWARDED their reasonable expenses under Rule 37(a)(5)(A) in the amount of $107.74

3. Defendants James W. Thorpe and Kimberley Thorpe shall pay that amount to Plaintiffs within 14 days of the date of this Order.

//

//

DATED this 12th day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE