THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SHU-MEI WANG, *et al.*,<br><br>Defendants. | CASE NO. C23-1395-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' request for leave to file a renewed partial motion for summary judgment (Dkt. No. 319). Finding good cause, the Court GRANTS Defendants' request (Dkt. No. 319) for leave to file their renewed motion (Dkt. No. 320). In accordance with LCR 7(d)(4), Plaintiffs' response to that motion (Dkt. No. 320) is due October 26, 2026, and Defendants' reply is due November 2, 2026.

So DATED this 7th day of October 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk