THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIJIE ZHU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SHU-MEI WANG, *et al.*,<br><br>Defendants. | CASE NO. C23-1395-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to the parties' stipulation (Dkt. No. 330), all case management deadlines in this matter, including the trial date, are hereby VACATED. The Court will reset deadlines, as needed, once it rules on the parties' remaining dispositive motions (Dkt. Nos. 320, 323).

So DATED this 3rd day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk